FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2023

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>NOE CESAR MELCHOR-VENTURA,<br><br>  Defendant. | No.   4:15-cr-6016-EFS<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS** |

The United States seeks the Court's leave to dismiss the Indictment, ECF No. 20, without prejudice as to Defendant Noe Cesar Melchor-Ventura pursuant to Federal Rule of Criminal Procedure 48(a). Having reviewed the pleadings filed in connection with the motion, the Court grants the United States leave to dismiss the Indictment. The Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Indictment, **ECF No. 42**, is **GRANTED.**

2. The Indictment, **ECF No. 20**, is **DISMISSED WITHOUT PREJUDICE**.

3. All hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.

4. The arrest warrant for Defendant NOE CESAR MELCHOR-VENTURA is **QUASHED**.

IT IS SO ORDERED. The Clerk's Office is directed to enter this order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 26th day of July 2023.

*Edward F. Shea*
_____
EDWARD F. SHEA
Senior United States District Judge